IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. 05-00227 |
| v. | * | |
| | * | |
| **JEFFREY SCOTT JONES** | * | |

*FILED IN OPEN COURT*
*JUN 2 8 2006*
*CHARLES R. DIARD, JR.*
*CLERK*

## MOTION FOR A DOWNWARD DEPARTURE
## PURSUANT TO U.S.S.G. §5K1.1.

The United States of America, by and through the United States Attorney for the Southern District of Alabama moves this Court to depart downward from the low end of the sentencing guideline range for the defendant JEFFREY SCOTT JONES, pursuant to U.S.S.G., Section 5K1.1, and in support thereof states:

1. JEFFREY SCOTT JONES' cooperation and statements substantially assisted the United States.

2. As such, the United States recommends a downward departure of 50% (fifty percent) from the low end of the guidelines as calculated for this defendant.

WHEREFORE, the United States respectfully moves, in return for the substantial assistance rendered to the United States, that this Court depart downward an appropriate amount from the defendant's guideline range when sentencing this defendant.

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

s/
George F. May (MAYG0534)
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5277
Email: george.may@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2006, I served a copy of the foregoing upon James R. Harper, Jr., Attorney at Law in open court at sentencing.

George F. May (MAYG0534)
Assistant United States Attorney